IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.   Case No: 5:08-cr-04-RS-GRJ
          5:10-cv-12-RS-GRJ

JOSE ANGEL RIVAS,
_____/

## REPORT AND RECOMMENDATION

Defendant filed a *pro se* motion to vacate pursuant to 28 U.S.C. § 2255 on January 25, 2010, and the Government filed a response in opposition to the motion. Docs. 49, 56.  Defendant filed a reply on March 25, 2010.  Doc. 58.  At the time that the motion to vacate was filed, Defendant was confined at McRae Correctional Facility, McRae, Georgia.  A review of the Bureau of Prisons' inmate locator reflects that Defendant was released from custody on October 7, 2010.  Defendant has failed to provide the Court with a current address, and the Court has no means of communicating with Defendant.  It therefore appears that Defendant has abandoned the instant motion to vacate.

Accordingly, it is respectfully **RECOMMENDED** that the motion to vacate be dismissed for failure to prosecute, and that the accompanying civil case be closed.

**IN CHAMBERS**  this 4th day of January 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.